UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re Debtor:

WANDA HENLEY

CASE NO. 09-CV-14125
HON. ROBERT H. CLELAND

_____/

### NOTICE AND ORDER TO COUNSEL

Wanda Henley ("Appellant"), having filed a Notice of Bankruptcy Appeal in this Court, is **ORDERED** to file a memorandum with the Court within seven (7) days of the date of this Order to include the following:

1. A concise, informative statement of what is being appealed;

2. Issue(s) and controlling authority;

3. A list of each party interested in the appeal ("Appellee") and the attorney associated with each such party, including the attorney's address, phone number and email address.

Appellant is further **ORDERED** to forthwith serve this notice on each Appellee counsel and to file a proof of such service not later than **5:00 P.M., NOVEMBER 9, 2009**.

Each Appellee counsel is **ORDERED** to file an appearance in this Court within three (3) days after service.

Failure by Appellant to comply with a requirement of this Order will result in the appeal being summarily dismissed for failure to prosecute. *See* E.D. Mich. LR 41.2.

                                                           s/Robert H. Cleland
                                                           Robert H. Cleland
                                                           United States District Judge

Dated: November 4, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 4, 2009, by electronic and/or ordinary mail.

s/Lisa G Wagner
Case Manager
